IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY D. GLADSTEIN,

   Plaintiff,

    v.

AURORA LOAN SERVICES, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2784-TWT

## ORDER

This is a foreclosure action asserting claims under the Fair Debt Collection Practices Act inter alia. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 5]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 5] is GRANTED in part and DENIED in part.

SO ORDERED, this 27 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Gladstein\r&r.wpd