IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY D. GLADSTEIN,

    Plaintiff,

      v.

AURORA LOAN SERVICES, LLC, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2784-TWT

## ORDER

This is a foreclosure action asserting claims under the Fair Debt Collection Practices Act inter alia. It is before the Court on the Report and Recommendation [Doc. 26] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 16]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 16] is GRANTED in part and DENIED in part. It is granted as to the Plaintiff's wrongful attempted foreclosure claim. It is denied as to the other remaining claims.

T:\ORDERS\11\Gladstein\r&r2.wpd

SO ORDERED, this 19 day of February, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge