IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY D. GLADSTEIN,<br><br>    Plaintiff,<br><br>      v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-2784-TWT |

**ORDER**

This is a foreclosure action asserting claims under the Fair Debt Collection Practices Act inter alia. It is before the Court on the Report and Recommendation [Doc. 45] of the Magistrate Judge recommending granting in part and denying in part the Plaintiff's Motion to Dismiss [Doc. 38]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Dismiss [Doc. 38] is GRANTED. This action is DISMISSED with prejudice. The Plaintiff's Motion to Retain Jurisdiction for Settlement Enforcement [Doc. 47] is GRANTED.

T:\ORDERS\11\Gladstein\r&r3.wpd

SO ORDERED, this 3 day of June, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge